■ PHYLLIS BARONE, Respondent, v VITO BARONE, Appellant.—The respective parties on this appeal from an order of the Supreme Court, Queens County, dated May 16, 1975, have agreed by stipulation dated September 17, 1975, made after a conference in this court before Mr. Justice Gittleson, that said order be modified as follows: (1) the provision in the order reducing to $25 per week the alimony awarded in the judgment in this action shall be changed so that, in addition, as of August 1, 1975, the reduction shall be to $20 per week; (2) in the event defendant defaults in any of the alimony payments due August 1, 1975 and thereafter, the alimony shall again be $25 per week, commencing with the date of the default; (3) defendant shall pay plaintiff $715 in full settlement of the arrears referred to in said order and (4) defendant will pay $200 to Eisenberg & Singer, Esqs., plaintiff's attorneys, for services rendered in connection with said order and all subsequent proceedings. In accordance with the foregoing, the order is modified as set

forth in said stipulation, and the order is affirmed as so modified, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.